IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARILYNN TUCKER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:15-cv-1194 |
| STATE OF TENNESSEE, DEPARTMENT OF INTELLECTUAL AND DEVELOPMENTAL DISABILITIES, | ) ) ) ) | JUDGE NIXON MAG. JUDGE NEWBERN |
| Defendant. | ) | JURY DEMAND |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Fed. R. Civil Proc., the parties, through counsel, hereby stipulate that the complaint in this case shall be dismissed, with prejudice, with each party to bear her or its own costs.

**AGREED TO:**

*/s/ Wade B. Cowan*
Wade B. Cowan, (S.C. #9403)
85 White Bridge Road, Suite 300
Nashville, TN 37205
(615) 256-8125 phone
(615) 242-7853 fax
wcowan@dhhrplc.com

*Counsel for plaintiff*

HERBERT H. SLATERY III
Attorney General and Reporter


s/ Erin Merrick
Erin Merrick (#33883)
Assistant Attorney General
Leslie Ann Bridges (#11419)
Senior Deputy of Public Protection Section
and Counsel to the Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8722
Erin.Merrick@ag.tn.gov
(615) 741-4710
Leslie.Bridges@ag.tn.gov

*Counsel for Defendant*