## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARILYNN TUCKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:15-cv-01194** |
| | ) | |
| **v.** | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Newbern** |
| **STATE OF TENNESSEE,** | ) | |
| **DEPARTMENT OF INTELLECTUAL** | ) | **JURY DEMAND** |
| **AND DEVELOPMENTAL DISABILITIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to the Parties' Stipulation of Dismissal (Doc. No. 12) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims at issue between the Plaintiff Marilynn Tucker and Defendant State of Tennessee, Department of Intellectual and Developmental Disabilities are hereby **DISMISSED with prejudice**.

It is so ORDERED.

Entered this the 8th day of November, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT